# United States District Court for the Western District of Michigan

FILED - GR
March 28, 2018 2:58 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__ SCANNED BY: /s/ 3/29/18

Timothy O'Neill

**Plaintiff,**

vs.

CASE NO. 1:16-cv-1061

UNUM Life Insurance Company of America

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Timothy O'Neill ____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Final Judgment
(the final judgment) (from an order (describing it)) entered in this action on the 19 th day of March, 2018.

Timothy O'Neill _/s/_

Address:
7433 Palm Drive
Spring Lake, MI 49456

cc: Opposing Counsel  **X**
    Court of Appeals  **X**

6CA-3
1/99