# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  April 04, 2018

Mr. Timothy O'Neill
7433 Palm Drive
Spring Lake, MI 49456

Re:  Case No. 18-1382, *Timothy O'Neill v. Unum Life Insurance Company*
Originating Case No. : 1:16-cv-01061

Dear Sir,

This appeal has been docketed as case number **18-1382** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **April 18, 2018**.

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc:  Mr. David A. Portinga
      Mr. Stephen J. van Stempvoort

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 18-1382**

TIMOTHY O'NEILL, D.O.

> Plaintiff - Appellant

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

> Defendant - Appellee